MDL, TERMED

# U.S. District Court
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:07-cv-00695-JLK
### Internal Use Only

Hardy v. Pfizer, Inc. et al
Assigned to: Judge John L. Kane
Case in other court: MDL, 1699
Cause: 28:1391 Personal Injury

Date Filed: 04/05/2007
Date Terminated: 06/04/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**L. H. Hardy**　　　　　　　　　　　　　　　represented by **Vance Robert Andrus**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Andrus Boudreaux, PLC
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1775 Sherman Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　#3100
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80203
　　　　　　　　　　　　　　　　　　　　　　　　　　　　303-376-6360
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 303-376-6361
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: vandrus@yahoo.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*LEAD ATTORNEY*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**　　　　　　　　　　　　　　　represented by **Katherine Michele Anderson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Socha Perczak Setter & Anderson, P.C.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1775 Sherman Street
　　　　　　　　　　　　　　　　　　　　　　　　　　　　#1925
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Denver, CO 80203
　　　　　　　　　　　　　　　　　　　　　　　　　　　　303-832-7265
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 303-832-7438
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: kmanderson@spalegal.com

**Defendant**

**Pharmacia Corporation**　　　　　　　　　represented by **Katherine Michele Anderson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

**Defendant**

**Monsanto Company**　　　　　　　　　　　represented by **Katherine Michele Anderson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)

**Defendant**

**G.D. Searle & Company**　　　　　　　　　represented by **Katherine Michele Anderson**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　(See above for address)
　　　　　　　　　　　　　　　　　　　　　　　　　　　　*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2007 | 1 | Plaintiff's Original COMPLAINT and Demand for Trial by Jury against Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company ( Filing fee $ 350, Receipt Number COX000462) Summons issued, filed by L. H. Hardy. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Civil Cover Sheet # 2 Receipt)(llr, ) (Entered: 04/06/2007) |
| 04/06/2007 | 2 | Letter from Clerk to MDL Panel advising case may be related to MDL 1699. (llr, ) (Entered: 04/06/2007) |
| 04/11/2007 | 3 | SUMMONS Returned Executed by L. H. Hardy. Pfizer, Inc. served on 4/6/2007, answer due 4/26/2007; Pharmacia Corporation served on 4/6/2007, answer due 4/26/2007; Monsanto Company served on 4/6/2007, answer due 4/26/2007; G.D. Searle & Company served on 4/6/2007, answer due 4/26/2007. (Andrus, Vance) (Entered: 04/11/2007) |
| 04/11/2007 | 4 | ORDER of recusal returning this case for reassignment to another judge. Signed by Judge Zita L. Weinshienk on 4/11/2007. (llr, ) (Entered: 04/12/2007) |
| 04/13/2007 | 5 | LETTER REASSIGNING CASE. Case reassigned to Judge John L. Kane for all further proceedings. Judge Zita L. Weinshienk is no longer assigned to case. (llr, ) (Entered: 04/13/2007) |
| 04/26/2007 | 6 | ANSWER to Complaint with Jury Demand by Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company.(Anderson, Katherine) (Entered: 04/26/2007) |
| 04/26/2007 | 7 | CORPORATE DISCLOSURE STATEMENT by Defendants Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company. (Anderson, Katherine) (Entered: 04/26/2007) |
| 04/26/2007 | 8 | Unopposed MOTION to Stay *all Proceedings Pending Transfer to Multidistrict Litigation Proceedings* by Defendants Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Anderson, Katherine) (Entered: 04/26/2007) |
| 05/01/2007 | 9 | Minute ORDER granting 8 Motion to Stay Proceedings Pending Transfer to the MDL Panel by Judge John L. Kane on 05/01/07.(jjh, ) (Entered: 05/01/2007) |
| 05/02/2007 | 10 | Letter from MDL Clerk to USDC (San Francisco) Judge Charles Breyer re: CTO-63 of this case into MDL 1699. (llr, ) (Entered: 05/07/2007) |
| 05/15/2007 | 11 | Copy of Letter from MDL Panel to Clerk (USDC, San Francisco) re: CTO-63, transfer to the Northern District of California and assigned to Judge Breyer. (llr, ) (Entered: 05/18/2007) |
| 06/04/2007 | 12 | Conditional Transfer ORDER (CTO-63) by Clerk of the MDL Panel filed 4/25/07 of this case into MDL 1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation pending before Judge Charles R. Breyer, USDC Northern Dist of CA. (Attachments: # 1 Transmittal Letter)(lamsl, ) (Entered: 06/06/2007) |

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
WITNESS my hand and SEAL of said Court this 11th day of May 2007.
GREGORY C. LANGHAM
By _____ Deputy